# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Oneisha Tkeyah Williams          Docket No. 7:20-CR-162-2D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Oneisha Tkeyah Williams, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 6th day of November, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 13, 2020, the undersigned officer met with the defendant. She disclosed previous struggles with mental illness and advised that she would benefit from treatment. The defendant signed a waiver agreeing to modify her conditions of release to include a mental health evaluation and subsequent treatment.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must submit to a mental health evaluation for determining whether mental health treatment is necessary.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: December 7, 2020

### ORDER OF THE COURT

Considered and ordered the __8__ day of __December__, 2020, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge